**LODGED** **ORIGINAL**
AUG 12 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2003

at ___ o'clock and _35_ min. __ M
WALTER A.Y.H. CHINN, CLERK

1  ROGER J. ROSEN, Bar # 48573
   1801 Avenue of the Stars, Suite 900
2  Los Angeles, CA 90067-5803

3  Attorney for Defendant Borti Petrich

4
                IN THE UNITED STATES DISTRICT COURT
5
                   FOR THE DISTRICT OF CALIFORNIA
6

7

8  UNITED STATES OF AMERICA,        ) Case No.: CR 00-394(SOM)
                                    )
9          Plaintiff,                ) STIPULATION AND ORDER EXONERATING
                                    ) BOND AND CANCELING AND RELEASING
10     vs.                           ) MORTGAGE
                                    )
11 BORTI PETRICH,                    ) JUDGE: SUSAN OKI MOLLWAY
                                    )
12         Defendant                 )
                                    )
13                                   )

*See revisions made by court*

14
          STIPULATION AND ORDER EXONERATING BOAND AND
15              CANCELING AND RELEASING MORTGAGE

16

17      IT IS HEREBY STIPULATED, by and between Plaintiff United States of

18 America and Defendant BORTI PETRICH, through their respective counsel, that

19 Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, a Judgment

20 in a Criminal Case was filed herein on ~~October 11, 2000~~ February 6, 2003, and Defendant BORTI     SOM

21 PETRICH having been committed to the custody of the United States Bureau of

22 Prisons for imprisonment and having surrendered himself to the United States

23 Marshall Service, and all conditions of the bond posted herein having been

24 satisfied, the bond herein-above posted and the security mortgage filed in

25 conjunction therewith dated October 11, 2000 and recorded in the State of

1

California Bureau of Conveyances on October 12, 2000 as Instrument No. 00-1591887, Official Records, are hereby exonerated and canceled. The mortgagors therein are hereby released and the mortgage herein-above referred to is canceled.

Dated: 7/28/03

_____ (per)
ROGER J. ROSEN,
Attorney for Defendant
Borti Petrich

_____
THOMAS J. BRADY,
Attorney for Plaintiff
United States

```
PETRICH(05)                                    of America

                                               NO OBJECTION:

                                               _____, assistant
                                               U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

[signature]
SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT


CR. No. 00-00394 (SOM); U.S.A v BORTI PETRICH(05), et al; STIPULATION AND ORDER EXONERATING BOND
AND CANCELING AND  RELEAING MORTGAGE
```

3