FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2005

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JAMES MICHAEL MUNS,            )   CIV. NO. 04-587 SOM
                               )   CR. NO. 00-394 SOM
            Petitioner,        )
                               )   ORDER DENYING PETITION FOR WRIT
       vs.                     )   UNDER 28 U.S.C. § 2255 TO VACATE
                               )   AND SET ASIDE JUDGMENT OF
UNITED STATES OF AMERICA,      )   CONVICTION
                               )
            Respondent,        )
_____)

ORDER DENYING PETITION FOR WRIT UNDER 28 U.S.C. § 2255
TO VACATE AND SET ASIDE JUDGMENT OF CONVICTION

The Ninth Circuit has held that challenges such as those brought by Petitioner James Michael Muns based on <u>Blakely v. Washington</u>, 542 U.S. ___ (2004), may not be brought by way of petitions under 28 U.S.C. § 2255. See <u>Cook v. United States</u>, 386 F.3d 949 (9th Cir. 2004). This holding was in no way undermined by <u>United States v. Booker</u> and <u>United States v. Fanfan</u>, Nos. 04-104 and 04-105, 2005 WL 50108 (Jan. 12, 2005). Accordingly, the petition is DENIED. The Clerk of Court is directed to terminate this matter and to send this order to John Remis, Jr., Edmundo Espinosa, and Thomas Brady.

DATED: Honolulu, Hawaii; January 14, 2005.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE